Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff, Dennis Maurer*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| DENNIS MAURER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 3:24-cv-06757-MAS-TJB |
| : | |
| KAS FOODS, LLC, : | |
| : | |
| Defendant. : | |
| : | |

**NOTICE OF SETTLEMENT**

The Plaintiff, with consent of the Defendant, hereby informs this Court that the Parties have agreed to settle the above-captioned matter. The Parties are in the process of executing a settlement agreement and expect to file dismissal papers within the next sixty days.

Respectfully submitted this 23rd day of September 2024,

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff, Dennis Maurer*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of September 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ Jon G. Shadinger Jr.</u><br>
Jon G. Shadinger Jr., Esq.