IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : |
| v. | : Case No. 3:24-cv-06757-MAS-TJB |
| KAS FOODS, LLC, | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted on this __4th__ day of __October__ 2024,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff,*
*Dennis Maurer*

/s/ Michael T. Wilkos
Michael T. Wilkos. Esq.
Kismer, Cunningham, & Skinner
202 Hall's Mill Road
Whitehouse Station, NJ 08889
(908) 572-3161
michael.wilkos@kirmserlaw.com
*Attorney for Defendant,*
*Kas Foods, LLC*

So Ordered this 7th day of October 2024

BBBBBBBBBBBBBBBBBBBBBBBBBBB___B
**Honorable Michael A. Shipp, U.S.D.J.**